IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. TZAC, INC., | |
| Plaintiff-Relator, | Case No. 1:22-cv-00137-DLH-CRH |
| v. | **\*FILED UNDER SEAL\*** |
| EDUCATION FOR JUST PEACE IN [THE] MIDDLE EAST A/K/A UNITED STATES CAMPAIGN FOR PALESTINIAN RIGHTS, | |
| Defendant. | |

**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(3)
NOTICE OF INTERVENTION BY THE UNITED STATES OF AMERICA
FOR THE PURPOSE OF SETTLEMENT AND MOTION TO PARTIALLY UNSEAL**

Pursuant to 31 U.S.C. § 3730(b)(2) and (4), the United States of America ("United States") notifies the Court of the United States' election to intervene in this action for purposes of settlement. The United States, relator TZAC, Inc. ("Relator"), and defendant Education for Just Peace in the Middle East d/b/a US Campaign for Palestinian Rights ("EfJP") (collectively, "the Parties") have entered into a settlement agreement. Upon completion of certain conditions precedent in the settlement agreement, the United States and Relator expect to file a stipulation for dismissal on terms, without EfJP being served. Filing of the stipulation is expected to occur within the next 30 days.

The United States moves for the following relief:

1. That the Court unseal Relator's Complaint (Docs. 1 through 1-2), Corporate Disclosure (Doc. 2), and this Notice of Intervention by the United States of America for the Purpose of Settlement and Motion to Partially Unseal (Doc. 24).

2. That all other papers previously filed in this action remain under seal. These documents should remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

3. That the seal be lifted on all other matters and filings occurring hereafter in this action, unless otherwise directed by the Court.

Dated: September 16, 2025

                                                  JENNIFER KLEMETSRUD PUHL
                                                  Acting United States Attorney

By:  /s/ *James Patrick Thomas*
      JAMES PATRICK THOMAS
      ND Bar No. 06014
      MICHAEL D. SCHOEPF
      ND Bar No. 07076
      Assistant United States Attorneys
      PO Box 699
      Bismarck, ND 58502-0699
      (701) 530-2420
      james.p.thomas@usdoj.gov
      michael.schoepf@usdoj.gov

      Counsel for United States of America