## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA EX. REL. TZAC, INC., ) ) ) Plaintiff-Relator, ) ) vs. ) ) EDUCATION FOR JUST PEACE IN MIDDLE ) EAST A/K/A UNITED STATES CAMPAIGN ) FOR PALESTINIAN RIGHTS, ) ) Defendant. ) | **ORDER**<br><br>Case No. 1:22-cv-137 |

On September 16, 2025, the United States filed a notice of its election to intervene in this action for purposes of settlement pursuant to 31 U.S.C. §§ 3730(b)(2) and (4) and motion to partially unseal. (Doc. No. 24). The United States, relator TZAC, Inc. ("Relator"), and defendant Education for Just Peace in the Middle East d/b/a US Campaign for Palestinian Rights ("EfJP") (collectively, "the Parties") have entered into a settlement agreement. The United States advises that, upon conditions precedent in the settlement agreement, it and the Relator expect to file a stipulation for dismissal. The United States requests that the court unseal certain documents and keep others under seal.

The United States is authorized by statute to intervene in this action. See 31 U.S.C. §§ 3730(b)(2) and (4). The court **GRANTS** the United States' motion to partially unseal. (Doc. No. 24). The following documents shall be unsealed: the Relator's Complaint (Doc. Nos. 1 through 1-2) and Corporation Disclosure (Doc. No. 2); and the United States' motion of intervention and motion to partially unseal (Doc. No. 24). All other documents previously filed in this action shall remain under seal. The seal shall be lifted on all other matters and filing occurring hereafter int his action,

unless otherwise directed by the court.

**IT IS SO ORDERED.**

Dated this 17th day of September, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court